ROBERT L. GILL et al. v. CHARLES H. MALLORY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and

stay vacated. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 84.]